ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TWENTY-NINTH CIVIL JUDGE FOR WRITTEN TRIALS OF THE SUPREME TRIBUNAL OF JUSTICE OF MEXICO CITY, MEXICO IN THE MATTER OF IFM GLOBAL INFRASTRUCTURE FUND, ET AL. v. PAULO JENARO DIEZ GARGARI. | MISC. NO. 23-80084<br><br>**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

       Ismail Ramsey, United States Attorney for the Northern District of California, by the undersigned

Assistant United States Attorney, Sapna Mehta, petitions this Court for an Order pursuant to 28 U.S.C. §

1782(a), appointing Sapna Mehta, Assistant United States Attorney, Commissioner for the purposes of

obtaining information from Google LLC, Twitter, Inc., and Automattic Inc.  Certain information has been

requested by the Twenty-ninth Civil Judge for Written Trials of the Supreme Tribunal of Justice of Mexico

City, Mexico pursuant to three Letters of Request issued by that court in connection with a civil judicial

proceeding captioned *IFM Global Infrastructure Fund, et. al. v. Paulo Jenaro Diez Gargari*, Foreign

Reference Number 288/2020.

The grounds for this Application are set forth in the Memorandum of Points and Authorities that has been simultaneously filed with this Application.  A Proposed Order also accompanies this Application. Google LLC, Twitter, Inc., and Automattic Inc. all advised that they require a subpoena before providing the information requested by the court in Mexico.  Google LLC and Automattic Inc. advised that they do not object to entry of the accompanying proposed order.  Twitter, Inc. advised that it takes no position on entry of the proposed order.


DATED:  March 22, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney