1   ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2   MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3   SAPNA MEHTA (CABN 288238)
Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
6       FAX: (415) 436-6748
        sapna.mehta@usdoj.gov
7
Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12   IN RE: REQUEST FOR JUDICIAL           )   MISC. NO. 23-80084
     ASSISTANCE FROM THE TWENTY-NINTH )
13   CIVIL JUDGE FOR WRITTEN TRIALS OF )
     THE SUPREME TRIBUNAL OF JUSTICE OF )   **DECLARATION OF SAPNA MEHTA IN**
14   MEXICO CITY, MEXICO IN THE MATTER )   **SUPPORT OF APPLICATION FOR ORDER**
     OF IFM GLOBAL INFRASTRUCTURE        )   **PURSUANT TO 28 U.S.C. § 1782**
15   FUND, ET AL. v. PAULO JENARO DIEZ   )
     GARGARI                             )
16                                       )
                                         )
17   _____)

18          I, Sapna Mehta, pursuant to 28 U.S.C. § 1746, declare as follows:

19          1.      I am an Assistant United States Attorney in the United States Attorney's Office for the

20   Northern District of California, counsel for the United States of America.  I am a member of the State

21   Bar of California and admitted to appear before this Court.

22          2.      I make this declaration upon information and belief based upon the attached exhibits and

23   communications with personnel in the United States Department of Justice, to which the Letters of

24   Request have been transmitted for execution.  I make this declaration in support of the United States'

25   request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of

26   obtaining information from Google LLC ("Google"), Twitter, Inc. ("Twitter"), and Automattic Inc.

27   ("Automattic").

28
                                                  1
MEHTA DECL ISO APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
MISC NO. 23-80084

3.     In connection with a judicial proceeding before the Twenty-ninth Civil Judge for Written Trials of the Supreme Tribunal of Justice of Mexico City, Mexico ("Requesting Court"), captioned *IFM Global Infrastructure Fund, et al. v. Paulo Jenaro Diez Gargari*, Foreign Reference Number 288/2020, the Requesting Court issued three Letters of Request seeking information from Google, Twitter, and Automattic, respectively.  True and correct copies of correspondence received from the Department of Justice, including the Letters of Request, are attached as **Exhibit 1** (Google), **Exhibit 2** (Twitter), and **Exhibit 3** (Automattic).

4.     The information requested by the Requesting Court is reflected in subpoenas addressed to Google, Twitter, and Automattic, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner.  A copy of the proposed subpoena to Google is attached as **Exhibit 4**.  A copy of the proposed subpoena to Twitter is attached as **Exhibit 5**.  A copy of the proposed subpoena to Automattic is attached as **Exhibit 6.**

5.     On February 27, 2023, I sent a letter to Google's counsel regarding the Letter of Request to inquire if Google would provide the requested information voluntarily.  Google responded on March 1, 2023 stating that it would require legal process.  On March 9, 2023, I sent Google a copy of the proposed order that accompanies this application.  On March 14, 2023, Google responded that it does not object to entry of the proposed order.

6.     On February 27, 2023, I sent a letter to Twitter's counsel regarding the Letter of Request to inquire if Twitter would provide the requested information voluntarily.  Twitter responded on February 28, 2023 indicating it would review the request.  On March 14, 2023, I sent Twitter a copy of the proposed order that accompanies this application.  I discussed the Letter of Request and proposed order with Twitter's outside counsel at WilmerHale in a subsequent telephone conversation on March 20, 2023.  Twitter's counsel advised that Twitter would require legal process and that Twitter does not take a position on the proposed order.

7.     On March 1, 2023, I sent a letter to Automattic's counsel regarding the Letter of Request to inquire if Automattic would provide the requested information voluntarily.  Automattic responded on March 6, 2023 stating that it would require legal process.  On March 9, 2023, I sent Automattic a copy

2

of the proposed order that accompanies this application.  After subsequent correspondence about the underlying Letter of Request, Automattic responded on March 20, 2023 and stated it did not object to the proposed order.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed this 22nd day of March, 2023, in San Francisco, California.

/s/ Sapna Mehta
SAPNA MEHTA

MEHTA DECL ISO APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
MISC NO. 23-80084