```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TWENTY-NINTH CIVIL JUDGE FOR WRITTEN TRIALS OF THE SUPREME TRIBUNAL OF JUSTICE OF MEXICO CITY, MEXICO IN THE MATTER OF IFM GLOBAL INFRASTRUCTURE FUND, ET AL. v. PAULO JENARO DIEZ GARGARI. | MISC. NO. 23-80084<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

Pending before the Court is an application by the United States for an order pursuant to 28 U.S.C. § 1782 requesting that the Court appoint Sapna Mehta, Assistant United States Attorney, as Commissioner and authorize AUSA Mehta to obtain information from Google LLC ("Google"), Twitter, Inc. ("Twitter"), and Automattic Inc. ("Automattic"), entities located within the jurisdiction of this Court, on behalf of the Twenty-ninth Civil Judge for Written Trials of the Supreme Tribunal of Justice of Mexico City, Mexico for use in *IFM Global Infrastructure Fund, et al. v. Paulo Jenaro Diez Gargari*, Foreign Reference Number 288/2020.

Having reviewed and considered the application and supporting documents in this case, and pursuant to the power conferred on it under 28 U.S.C. § 1782 and its inherent authority, the Court hereby **ORDERS** that AUSA Mehta is appointed as Commissioner and is authorized to obtain by subpoenas the

requested evidence from Google LLC ("Google"), Twitter, Inc. ("Twitter"), and Automattic Inc. ("Automattic") in accordance with the following terms and conditions:

1. The subpoenas to each of Google, Twitter, and Automatic will request the information stated in the requests for international judicial assistance from the Mexican court, as reflected in the draft subpoenas attached to the Declaration of Sapna Mehta, filed concurrently with the Application.

2. Within 30 calendar days from receipt of the subpoena, each of the subpoena recipients shall each provide a response to the subpoena. For any subjects to which objections are not asserted, the response shall provide the information requested, to the extent it is available, along with a notarized verification signed under penalty of perjury. The subpoena recipients shall provide the response to AUSA Mehta.

3. The Order does not preclude the subpoena recipients from filing motions to quash or modify the subpoena pursuant to the Federal Rules of Civil Procedure. If such a motion is filed, the movant need not produce the information until after the Court rules on the issue.

4. This Order does not preclude the United States from seeking to enforce the subpoena or from filing an application for a further order authorizing an amended subpoena requesting additional information in the event the Mexican court requests additional information.

**IT IS ORDERED.**

DATED: _____          _____
                                          UNITED STATES MAGISTRATE JUDGE