ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TWENTY-NINTH CIVIL JUDGE FOR WRITTEN TRIALS OF THE SUPREME TRIBUNAL OF JUSTICE OF MEXICO CITY, MEXICO IN THE MATTER OF IFM GLOBAL INFRASTRUCTURE FUND, ET AL. v. PAULO JENARO DIEZ GARGARI | MISC NO. 23-80084<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that on March 22, 2023 she caused a copy of the following:

    **1. APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

    **2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

    **3. DECLARATION OF SAPNA MEHTA IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

    **4. [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

to be served this date by:

CERTIFICATE OF SERVICE
MISC NO. 23-80084

| | |
|---|---|
| 1 | [ ]  FIRST CLASS MAIL |
| 2 | [ ]  PERSONAL SERVICE |
| 3 | [ ]  FEDERAL EXPRESS via Priority Overnight |
| 4 | **[X] EMAIL** to the parties addressed as follows: |

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
google-legal-support@google.com

Twitter, Inc.
Attn: George Varghese
WilmerHale
60 State Street
Boston, MA 02109
george.varghese@wilmerhale.com

Automattic Inc.
60 29th Street #343
San Francisco, CA 94110
legal@wordpress.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 23, 2023 at San Francisco, California.

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney