ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TWENTY-NINTH CIVIL JUDGE FOR WRITTEN TRIALS OF THE SUPREME TRIBUNAL OF JUSTICE OF MEXICO CITY, MEXICO IN THE MATTER OF IFM GLOBAL INFRASTRUCTURE FUND, ET AL. v. PAULO JENARO DIEZ GARGARI | MISC NO. 23-80084<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.

The undersigned certifies that on March 23, 2023 she caused a copy of the following:

**1. ORDER (DKT. 4)**

to be served by:

    **[X] FIRST CLASS MAIL** to the parties addressed as follows:

    Automattic Inc.
    60 29th Street #343
    San Francisco, CA 94110

    with a courtesy copy sent by electronic mail to legal@wordpress.com

1  [ ] PERSONAL SERVICE

2  [ ] FEDERAL EXPRESS via Priority Overnight

3  **[X] EMAIL** pursuant to agreement of the parties to accept service by electronic mail to the

4  parties addressed as follows:

5  Google LLC
   1600 Amphitheatre Parkway
6  Mountain View, CA 94043
7  google-legal-support@google.com

8  Twitter, Inc.
   Attn: George Varghese
9  WilmerHale
   60 State Street
10 Boston, MA 02109
11 george.varghese@wilmerhale.com

12 The undersigned further certifies that she caused a copy of the following:

13
   1. **APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**
14 2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**
15 3. **DECLARATION OF SAPNA MEHTA IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**
16
   4. **[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**
17

18 to be served by:

19 **[X] FIRST CLASS MAIL** on March 23, 2023 to the parties addressed as follows:

20 Automattic Inc.
   60 29th Street #343
21 San Francisco, CA 94110

22
   with a courtesy copy sent by electronic mail on March 22, 2023 to legal@wordpress.com
23
   [ ] PERSONAL SERVICE
24
   [ ] FEDERAL EXPRESS via Priority Overnight
25
   **[X] EMAIL** on March 22, 2023 pursuant to agreement of the parties to accept service by
26
   electronic mail to the parties addressed as follows:
27

28

CERTIFICATE OF SERVICE
MISC NO. 23-80084                                     2

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
google-legal-support@google.com

Twitter, Inc.
Attn: George Varghese
WilmerHale
60 State Street
Boston, MA 02109
george.varghese@wilmerhale.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 27, 2023 at San Francisco, California.

/s/ Sapna Mehta
SAPNA MEHTA
Assistant United States Attorney