# EXHIBIT 1

Case 4:23-mc-80084-DMR Document 14 Filed 03/23/23 Page 12 of 12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TW,

Case No. 23-mc-80084-DMR

**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Petitioner United States of America filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to execute a Letter of Request from judicial authorities in Mexico City, Mexico for international judicial assistance to obtain certain information and documents from Google LLC, Twitter, Inc., and Automattic Inc. [Docket No. 1.] The court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Petitioner shall serve the application and this Order on Google LLC, Twitter, Inc., and Automattic Inc. by no later than April 6, 2023 and file proof of service. Google LLC, Twitter, Inc., and Automattic Inc. shall file any response to the application by no later than April 20, 2023. By the same deadline, the parties shall file either the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

**IT IS SO ORDERED.**

Dated: March 23, 2023



Donna M. Ryu
Chief Magistrate Judge