ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TWENTY-NINTH CIVIL JUDGE FOR WRITTEN TRIALS OF THE SUPREME TRIBUNAL OF JUSTICE OF MEXICO CITY, MEXICO IN THE MATTER OF IFM GLOBAL INFRASTRUCTURE FUND, ET AL. v. PAULO JENARO DIEZ GARGARI | MISC NO. 23-80084<br><br>**CERTIFICATE OF SERVICE** |

    The undersigned certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.

    The undersigned certifies that on May 9, 2023 she caused a copy of the following:

**ORDER (DKT. 12)**

to be served by:

    **[X] FIRST CLASS MAIL** to the parties addressed as follows:

    Automattic Inc.
    60 29th Street #343
    San Francisco, CA 94110

    with a courtesy copy sent by electronic mail to legal@wordpress.com

CERTIFICATE OF SERVICE
MISC NO. 23-80084                 1

1  [ ] PERSONAL SERVICE

2  [ ] FEDERAL EXPRESS via Priority Overnight

3  **[X] EMAIL** pursuant to agreement of the parties to accept service by electronic mail to the

4  parties addressed as follows:

5  Google LLC
   1600 Amphitheatre Parkway
6  Mountain View, CA 94043
   google-legal-support@google.com
7

8
   I declare under penalty of perjury under the laws of the United States that the foregoing is true
9
   and correct.  Executed on May 9, 2023 at San Francisco, California.
10

11

12                                              */s/ Sapna Mehta*
                                                SAPNA MEHTA
13                                              Assistant United States Attorney