1  **PERKINS COIE LLP**

2  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
3  1201 3rd Ave. Ste. 4900
   Seattle, WA 98101
4  Telephone: 206.359.8000
   Facsimile:  206.359.9000
5
   Attorney for Non-Party
6  GOOGLE LLC

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: REQUEST FOR JUDICIAL | Case No. 23-mc-80084-DMR
   | ASSISTANCE FROM THE TW,     |
12 |                             | **NOTICE OF APPEARANCE OF JULIE E.
   |                             | SCHWARTZ**
13 |                             |
   |                             | Judge:    Donna M. Ryu
14

-1-

-2-

PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP hereby appears as counsel for Non-Party GOOGLE LLC in this action. Please serve all pleadings, orders, notices, correspondence, and other documents with regard to the above-referenced action on:

> Julie E. Schwartz, Bar No. 260624
> JSchwartz@perkinscoie.com
> 1201 3rd Ave. Ste. 4900
> Seattle, WA 98101
> Telephone: 206.359.8000
> Facsimile: 206.359.9000

Dated: May 19, 2023

**PERKINS COIE LLP**

By: *s/ Julie E. Schwartz*
    Julie E. Schwartz

Attorney for Non-Party
GOOGLE LLC