1  **PERKINS COIE LLP**

2  Doris Alvarez-Reyes, Bar No. 340925
   DAlvarezReyes@perkinscoie.com
3  1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
4  Telephone: 310.788.9900
   Facsimile:  310.788.3399
5
   Attorney for Non-Party
6  GOOGLE LLC

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | IN RE: REQUEST FOR JUDICIAL   | Case No. 23-mc-80084-DMR
   | ASSISTANCE FROM THE TW,
13 |                                | **NOTICE OF APPEARANCE OF DORIS
   |                                | ALVAREZ-REYES**
14 |
   |                                | Judge:    Donna M. Ryu
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PLEASE TAKE NOTICE that Doris Alvarez-Reyes of Perkins Coie LLP hereby appears as counsel for Non-Party GOOGLE LLC in this action. Please serve all pleadings, orders, notices, correspondence, and other documents with regard to the above-referenced action on:

>   Doris Alvarez-Reyes, Bar No. 340925
>   DAlvarezReyes@perkinscoie.com
>   1888 Century Park East, Suite 1700
>   Los Angeles, CA 90067-1721
>   Telephone: 310.788.9900
>   Facsimile:  310.788.3399

Dated:  May 19, 2023                    **PERKINS COIE LLP**

                                        By: *s/ Doris Alvarez-Reyes*
                                            Doris Alvarez-Reyes

                                        Attorney for Non-Party
                                        GOOGLE LLC