1  **PERKINS COIE LLP**

2  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
3  1201 3rd Ave. Ste. 4900
   Seattle, WA 98101
4  Telephone: 206.359.8000
   Facsimile:  206.359.9000

5
   Doris Alvarez-Reyes, Bar No. 340925
6  DAlvarezReyes@perkinscoie.com
   1888 Century Park East, Suite 1700
7  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
8  Facsimile:  310.788.3399

9
   Attorneys for Non-Party
10 GOOGLE LLC

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14 | IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TW, | Case No. 23-mc-80084-DMR |
15 | | **NON-PARTY GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |
   | | Judge:   Donna M. Ryu |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-Party Google LLC ("Google"), by its undersigned counsel, states as follows:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.

2. Alphabet Inc. is a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  May 19, 2023          **PERKINS COIE LLP**


By: *s/ Julie E. Schwartz*
Julie E. Schwartz
Doris Alvarez-Reyes

Attorneys for Non-Party
GOOGLE LLC