UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE 29TH CIVIL JUDGE FOR WRITTEN TRIALS OF THE SUPREME TRIBUNAL OF JUSTICE OF MEXICO CITY, MEXICO IN THE MATTER OF IFM GLOBAL INFRASTRUCTURE FUND | Case No. 23-mc-80084-DMR<br><br>**ORDER TO FILE RESPONSE TO APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

Petitioner United States of America filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to execute a Letter of Request from judicial authorities in Mexico City, Mexico for international judicial assistance to obtain certain information and documents in connection with a civil judicial proceeding pending in Mexico, *IFM Global Infrastructure Fund, et al. v. Paulo Jenaro Diez Gargari*. The application seeks an order appointing an Assistant United States Attorney as Commissioner to issue subpoenas to Google LLC, Twitter, Inc., and Automattic Inc. [Docket No. 1.]

After Petitioner filed the application, the defendant in the underlying action, Paulo Jenaro Diez Gargari, sent a letter to the court and the parties in which he asserts that the section 1782 application is based on "false information" for various reasons. [Docket No. 20.] X Corp., successor in interest to Twitter, filed a response to the application in which it contends that Mr. Gargari's "serious allegations of impropriety must be addressed prior to any resolution of the government's [section] 1782 application." It asks the court to stay its obligations to provide a position on the section 1782 application pending resolution of Mr. Gargari's allegations. [Docket No. 8.] The court ordered the government to file a response to Mr. Gargari's letter and X Corp.'s response. [Docket No. 21.]

The government timely filed a response and submitted a letter from the Mexican Central Authority's Director of International Cooperation describing the issues raised by Mr. Gargari as "transcription errors."  [Docket No. 22.]  The government subsequently filed a letter from the requesting court in Mexico describing the same issues as "involuntary errors."  [Docket No. 23.]

At this stage the court is satisfied with the government's response to Mr. Gargari's allegations of impropriety.  Accordingly, X Corp. shall file any response to the government's section 1782 application by no later than December 29, 2023.

**IT IS SO ORDERED.**

Dated: December 21, 2023



Donna M. Ryu
Chief Magistrate Judge